UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA,

    vs.

MIKHAIL ZEMLYANSKY, et al,

    *Defendants*,

VLADISLAV ZARETSKIY, YURIY ZAYONTS, and
MIKHAIL KREMERMAN

    *Defendants-Movants*,

---------------------------------------- X

**SUPPLEMENTAL DECLARATION OF YURI ZAYONTS IN SUPPORT OF MOTION TO SUPPRESS**

No. 12 Cr. 171 (JPO)

YURIY ZAYONTS declares under penalty of perjury as follows:

1. I respectfully submit this Supplemental Declaration, further to my earlier Declaration of April 1, 2013, in support of a Motion to Suppress evidence seized from Tri-State Billing Corp.

2. I controlled Tri-State billing Corp. together with Messrs. Zaretskiy and Kremerman and I co-managed Tri-State Billing Corp. together with Messrs. Zaretskiy and Kremerman.

Dated: April 22, 2013
       New York, New York

By: _____
       Yuriy Zayonts