```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :      SEALED
                                    :      INDICTMENT
        -v-                         :
                                    :      S14 12 Cr. 171 (JPO)
YURIY ZAYONTS,                      :
     a/k/a "KGB,"                   :
MIKHAIL KREMERMAN,                  :
MATTHEW CONROY,                     :
VLADIMIR GRINBERG,                  :
VLADISLAV ZARETSKIY,                :
MARK DANILOVICH,                    :
DIANA ZAIDMAN,                      :
IRINA ZAYONTS,                      :
MILAN DIKKER,                       :
MARIA DIGLIO,                       :
ZUHEIR SAID,                        :
DAVID THOMAS,                       :
     a/k/a "David Sanni Thomas,"    :
MARK SHAPIRO,                       :
ROBERT DELLA BADIA,                 :
RICK DIBIASI,                       :
                                    :
        Defendants.                 :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 21 2013

Upon application of the United States of America, by and through Assistant United States Attorney Carolina A. Fornos, it is hereby ORDERED that Sealed Indictment, S14 12 Cr. 171 (JPO), which was filed under seal on May 16, 2013, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         May 21, 2013

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

Wheel C