```
UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :   FINAL ORDER OF FORFEITURE
UNITED STATES OF AMERICA          :
                                  :
         - v. -                   :   S14 12 Cr. 171 (JPO)
                                  :
YURIY ZAYONTS,                    :
   a/k/a "KGB," and               :
MIKHAIL KREMERMAN,                :
VLADISLAV ZARETSKIY,              :
         Defendants.              :
                                  :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about May 21, 2013, YURIY ZAYONTS, a/k/a "KGB", MIKHAIL KREMERMAN and VLADISLAV ZARETSKIY (together, the "defendants"), were each charged in Superseding Indictment, S14 12 Cr. 171 (JPO) (the "Indictment"), with racketeering conspiracy, in violation of 18 U.S.C. § 1962(d) (Count One); conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349 (Count Two); conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349 (Count Three); and conspiracy to commit money laundering, in violation of 18 U.S.C. §§ 1956(h) (Count Four);

WHEREAS, the Indictment included a forfeiture allegation as to Count Two seeking forfeiture to the United States, pursuant to 18 U.S.C. § 982(a)(7), of all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense alleged in Count Two of this Indictment, including

but not limited to at least $110 million in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the health care fraud conspiracy offense;

   WHEREAS, on or about January 28, 2014, the defendants each pled guilty to Count Two of the Indictment pursuant to plea agreements with the Government, wherein the defendants admitted the forfeiture allegation as to Count Two and agreed to forfeit to the United States (i) a sum of money equal to $360,574.85 in United States currency, representing the amount of gross proceeds obtained from the offense charged in Count Two of the Indictment; and (ii) all of the defendants' right, title and interest in funds seized from the following accounts:

   1) Account no. 483030419990, held in the name of Grand Concourse Medical PC at Bank of America;

   2) Account no. 483039116168, held in the name of Paragon Medical Care PC at Bank of America;

   3) Account no. 672776324, held in the name of Medway Medical Diagnostics Care PC at HSBC;

   4) Account no. 672776090, held in the name of Tri-State Billing Corp. at HSBC; and

   5) Account no. 672775492, held in the name of No Limits Funding Corp. at HSBC;

(together, the "Seized Funds");

WHEREAS, on or about January 28, 2014, the Court entered Consent Preliminary Orders of Forfeiture/Money Judgments (the "Consent Orders of Forfeiture") as to each of the defendants (attached hereto as Exhibit A), which: (i) imposed a joint and several money judgment against the defendants, in the amount of $360,574.85 in United States currency, representing the amount of gross proceeds defendants obtained as a result of the offense charged in Count Two; and (ii) ordered forfeiture to the United States of all of the defendants' right, title, and interest in the Seized Funds;

WHEREAS, the provisions of 21 U.S.C. § 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of notice of forfeiture and of the Government's intent to dispose of the Seized Funds before the United States can have clear title to the Seized Funds;

WHEREAS, notice of forfeiture was posted on an official Government Internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on June 27, 2014. Proof of such publication was filed with the Clerk of the Court on October 6, 2014, a copy of which is attached hereto as Exhibit B;

3

WHEREAS, pursuant to 21 U.S.C. § 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of the forfeiture as set forth in 21 U.S.C. § 853(n)(2); and

WHEREAS, thirty (30) days have expired since final publication of notice and no petitions or claims to contest the forfeiture of the Seized Funds have been filed;

NOW, THEREFORE, on the application of Preet Bharara, United States Attorney for the Southern District of New York, by Carolina A. Fornos, Assistant United States Attorney,

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title, and interest in the Seized Funds is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America shall and is hereby deemed to have clear title to the Seized Funds.

3. The United States Marshals Service (or its designee) shall take possession of the Seized Funds and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4

4. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

Dated:   New York, New York
         December 18, 2014

SO ORDERED:

_____
HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE